THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION PHARMACAL COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PURETEK CORPORATION,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　Civil Action No. 5:12-cv-920-OLG |

## ORDER

The Court, having considered the Joint Motion to Amend Scheduling Order, is of the opinion that such Motion should be **GRANTED**. It is therefore;

**ORDERED** that the Scheduling Order shall be amended as follows:

| ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|
| All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Monday, April 08, 2013.** | All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Monday, April 29, 2013.** |
| Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Monday, May 06, 2013.** | Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **Monday, May 27, 2013.** |