UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MISSION PHARMACAL COMPANY, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PURETEK CORPORATION, § <br> § <br> Defendant. § | Civil Action No. 5:12-cv-920-OLG |

**ORDER**

The Court GRANTS the Parties' Joint Motion To Extend Deadlines To Submit Replies In Support Of Motions For Summary Judgment and Amend Scheduling Order (Dkt. 42). The remaining deadlines in this action are set as follows:

| **Activity** | **New Deadline** |
|---|---|
| The parties file replies in support of their respective motions for summary judgment. | September 23, 2013 |
| Pretrial Conference | October 25, 2013 at 10:30 am |
| Jury Selection and Trial | November 7, 2013 at 9:30 am |

Signed on _____, 2013.

_____
Orlando L. Garcia
United States District Judge